UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
CARROL LASSITER, :
:
Plaintiff, :
: 22 Civ. 9561 (JPC)
-v- :
: ORDER
Dr. OKVUNDUH OKENE *et al.*, :
:
Defendants. :
:
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On July 5, 2023, the Court ordered Plaintiff Carrol Lassiter to file a letter by July 19, 2023 indicating whether good cause existed to excuse the failure to serve Defendant NYC Health+Hospitals ("H+H") within 90 days of the Clerk of Court's issuance of summons and providing a correct address for H+H. Dkt. 14. Plaintiff failed to file this letter. Therefore, as a one time courtesy the Court shall extend the deadline for Plaintiff to file his letter to August 4, 2023. If Plaintiff fails to file this letter, the Court may dismiss H+H from this action.

In that same order, the Court directed Defendant City of New York to file a letter by July 19, 2023 indicating whether it had been able to ascertain the identities of Defendants Nurse Parker and Nurse Angalo. Dkt. 14. On July 19, 2023, City of New York filed a letter indicating that it had been able to ascertain the identity of Nurse Angalo as Eneida Angula, R.N., but that it had not been able to identify Nurse Parker. Dkt. 15. By July 28, 2023, City of New York shall file a letter indicating what steps it has taken to identify Nurse Parker.

SO ORDERED.

Dated: July 21, 2023                              _____
       New York, New York                              JOHN P. CRONAN
                                                       United States District Judge