UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CARROL LASSITER,                                                       :
                                                                       :
                              Plaintiff,                             :
                                                                       :     22 Civ. 9561 (JPC)(JLC)
             -v-                                                     :
                                                                       :     <u>ORDER</u>
Dr. OKVUNDUH OKENE *et al.*,                                           :
                                                                       :
                             Defendants.                                :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        On August 8, 2023, the Court entered an Order notifying Plaintiff that it would dismiss this action without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure if Plaintiff did not appear and provide an updated address by September 8, 2023. Dkt. 21. As of the time of this Order, Plaintiff has failed to do either. Plaintiff is hereby ORDERED to appear and provide an updated address by October 9, 2023. As noted in the Court's previous Order, the Court may dismiss this case without prejudice if Plaintiff fails to comply with this Order.

        SO ORDERED.

Dated: September 11, 2023
       New York, New York
                                                                  JOHN P. CRONAN
                                                            United States District Judge