**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
CARROLL LASSITER,

                Plaintiff,

  -against-                              22 **CIVIL** 9561 (JPC)

                                          **JUDGMENT**

Dr. OKVUNDUH OKENE et al.,

                Defendants.
-------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 10, 2023, the Court has dismissed this case without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      October 11, 2023

                                                        **RUBY J. KRAJICK**
                                                          **Clerk of Court**

                              **BY:**      *K. Mango*

                                                           **Deputy Clerk**